IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| SHEILA MARIE EYAJAN, | ) | |
|---|---|---|
| Plaintiff | ) | Case No. 1:18-cv-00222 (ERIE) |
| vs. | ) | |
| | ) | RICHARD A. LANZILLO |
| NESCO RESOURCE | ) | UNITED STATES MAGISTRATE JUDGE |
| Defendants | ) | |
| | ) | ORDER ON MOTION TO STAY |
| | ) | DISCOVERY PROCEEDINGS |
| | ) | (ECF No. 42) |

This matter is before the Court on Defendant's application to stay discovery pending adjudication of its Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c). ECF No. 42. Having considered the motion, and for good cause shown, the motion is GRANTED.

It is hereby ordered this 18th day of March, 2019, that all discovery shall be stayed pending further adjudication of the Defendant's Motion for Judgment on the Pleadings.

/s/ Richard A. Lanzillo
RICHARD A. LANZILLO
United States Magistrate Judge

RAL:jbh